IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ARTURO STRICKLAND,    )
  Plaintiff,    )
    V.    )    No.
       )    1:23-cv-01954-JPH-CSW
INDIANA DEPT. OF CORR,    )
STATE OF INDIANA,    )
  Respondents.    )
    )
    )

FILED
10/30/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

CIVIL RIGHTS COMPLAINT AND JURY DEMAND AGAINST ABOVE CAPTIONED RESPONDENTS ACTING UNDER COLOR OF STATE LAW

---

For the record - Comes now the Plaintiff as captioned above and as undersigned below has an invested liberty interest in all the forthcoming presented claims and rights infringed upon by the above captioned Respondents with the following in support:

Pg 1 of 16

① {Plaintiff's Information}

Arturo Strickland, treated as a person and SEX OFFENDER is suffering continual injury and being held prisoner under D.O.C. # 163742 at New Castle Corr. Facility · 1000 Van Nuys rd · New Castle, IN. 47362 against my will and Federal constitutional provisions.

② {Respondent's Information}

(a) Indiana Dept. of Correction - see claims: #1-#6  J Robert Carter (acting commissioner) with the Indiana Parole Board under his direction. Address: I.G.C.S. 5th Fl · 302 W. Washington st. Rm. # E-334 · Indianapolis, IN. 46204;

(b) And said Respondent(s) in/on behalf of the STATE OF INDIANA by virtue of legislation of the General Assembly did violate Federal constitutional protections while acting in their official capacity under Color of State law.

pg 2 of 16

③

{ Jurisdiction }

Jurisdiction is invoked pursuant to the Respondents' violation of Plaintiffs right to the protection afforded under the 14th Amendment to the U.S. Const. and all applicable Federal titles and chapters prohibiting constitutional provisions against unlawful imprisonment(s) and Constitutional Impermissible Application of Statutes. Where the rights secured by the Constitutions are involved, there can be no rule making or legislation which would abrogate them. <u>Miranda V. Arizona</u>, 384 U.S. 436 at 491.

④

{ Basis For Complaint }

✓  Complaint under Civil Rights Act 42 USC § 1983 State and/or Municipal Respondents acting under color of State law.

✓  other: I.C. § 35-41-5.3 conspiracy to deprive person of State and/or Federal constitutional rights under 42 U.S.C. § 1985 conspiracy to interfere with Civil Rights and 42 U.S.C. § 1986 action for neglect to prevent conspiracy and violation of U.S. Constitutional protections.

pg. 3 of 16

⑤

{Brief Background of Case}

(i) The Plaintiff was initially released to parole from New Castle Correctional Facility on __1-4-22__.

(ii) On the __29__ day of __April__ 20__22__ was arbitrarily taken back into custody and ultimately remanded to prison predicated upon the contents of the special remarks section of (see attached - Transmittal Parole Board Action Form);

(iii) And, for which said remarks is/are rooted in unsubstantiated, misinformation and false statements. To date the Plaintiff has yet to receive requested verified documents and/or deposition that could validate the veracity of said special remarks section that was solely utilized to re-imprison the Plaintiff in conjunction with "two" other technical violations unbeknownst to the Plaintiff at the time of arrest, but utilized against him and brought to light at his revocation hearing on __15__ day of __06__ 20__22__.   (cont...)

(iv) The Plaintiff contends that the aforesaid sections: (i) - (iii) are compounded with the fact that he was subjected to antagonism and harassment at the hands of his acting parole agent <u>Hailey Johnson-Dist. #7</u>, whom committed herself zealously to undermining my ability to re-integrating myself back into my family and community successfully by;

a. Refusing approval for stable housing, and upon gaining adequate housing - I, the Plaintiff was forced by said parole agent to move on three separate instances;

b. And said parole agent interfered with and made impossible for the Plaintiff to build upon a relationship with his seventeen year old child;

c. And said parole agent created a hostile work environment for the Plaintiff by approaching co-workers and conveying to them that the Plaintiff needed to be watched;

d. And said parole agent promoted tension between Plaintiff and his aunt when said agent told Plaintiff's aunt that she feared for her safety in that she stated to her that Plaintiff will rape and kill her;

e. And said parole agent directed Plaintiff to go into rehab, which was her response to Plaintiff being attacked by another person. As a result of this the Plaintiff was penalized for missing his insamm/samm appointment(s);

f. And said parole agent always insisted from the beginning that she rather have Plaintiff re-incarcerated because "she did not like my kind";

g. And said parole agent utilized Plaintiff's failure to report, which was due to her switching my time and date to report as the same date and time Plaintiff is required by law to register (done at the last moment);

h. And said parole agent forced Plaintiff to leave rehab and move to a city where cause for which parole is not predicated upon, to a hotel two hundred feet from a

(Cont...)

school, a hotel notorious for drugs and prostitution where the Plaintiff had concerns for his safety and viability in lieu of his sex offender status and ethnicity;

i. And said parole agent penalized the Plaintiff for an previous and inactive social media page from '2011';

j. And said parole agent threatened to violate Plaintiff if he attempted to procure his driver's licence and purchase a car to facilitate being able to get to viable employment and parole reporting days in conjunction with being able to meet the demand of insomm/somm classes in lieu of him being forced to relocate;

k. And said parole agent utilized unfounded claim of the Plaintiff being in possession of a gun to bolster her other false allegations to justify imposing technical violations exponential to all of the above said leading to revocation of his parole.

⑥

{Statement of The Case}

(i) This action is predicated upon and brought about through aforesaid {Basis For Claims} section of this Civil Rights Complaint for which prior redress of grievances and request for information were ignored and, or withheld, which "should" show how the Respondents' deprivation of liberty and successful re-integration into Community is not unconst.

(ii) The Plaintiff will show at trial that he has viable and meritable grounds for claims forthcoming in this Civil Rights Complaint requiring injury damages incurred by the Respondents acting under color of State law, and;

(iii) The Plaintiff will also show at trial that the Respondents incurred injury damages for wanton negligence in preventing the redress of grievances pertaining to his deprivation of liberty without lawful and constitutional due process subsequent to him making a prima facie showing that exponential relief is and should have been warranted through and by the Respondents;

pg 8 of 16

(iv.) And will also show at trial that more than adequate attempts were made to exhaust administrative remedies in addressing unlawful and unconstitutional deprivation of liberty, via, parole revocation;

(v.) And will also show at trial that the Indiana Department of Correction (Department of Correction) concedes to all claims requiring injury damages in lieu of unsubstantiated technical parole violations leading to arbitrary remand to prison, which also violated I.C. § 11-13-2 ;

(vi) And will show at trial how harassment and antagonism were employed by parole agent to subvert the Plaintiff in maintaining his successful reintegration back into Family and Community predicated upon vindictive misapplication of legislation;

(vii) And, lastly the Plaintiff will show at trial "how" the Indiana Department of Correction -(Department of Correction), via, Parole Board has removed

(cont---)

(cont...)

judicial discretion, predicated upon a contract devoid of "full" disclosure; (which in effect creates another sentence being imposed against him without lawful and constitutional due process afforded through a trial court) with respect to the Plaintiff's initial court prescribed sentence in lieu of his remand to prison; Evidencing that the Respondents have over reached their authority.

{ Claims }

The Plaintiff has a liberty interest in all forthcoming claims

<u>Claim 1:</u>   The Plaintiff has made a prima facie showing and will provide evidence and material facts at trial that the Respondents are culpable in the deprivation of his liberty without lawful and constitutional due process.

<u>Claim 2.</u>   The Plaintiff can present irrefuted facts, evidence and truth that supports his successful re-integration into family and community; via, conditional release to parole is/was negated by vindictive use of legislation, harassment and antagonism against Plaintiff.

Cont.

pg 10 of 16

(Cont....)

<u>Claim 3</u>: The Plaintiff can show that the Respondents infringed upon his 1st amendment right to petition redress of substantiated grievances inherent to violation of Federal due process requirements/protections in regard to deprivation of his liberty, but refused to do so.

<u>Claim 4</u>: The Plaintiff being unlawfully and unconstitutionally deprived of his liberty has suffered the loss of wages and property as a result can be shown at trial.

<u>Claim 5</u>: The Plaintiff can also show at trial unrefuted facts, evidence and truth that his liability for parole removed judicial discretion with regard to his initial Court prescribed sentence and negates as a result the 14th Amendment to the U.S. Const. equal protection and due process clauses being afforded in behalf of the Plaintiff in lieu of said liability and exponential parole revocation.

<u>Claim 6</u>: The Plaintiff can show at trial that the Respondents have incurred injury damages and can not refute said claims

pg 11 of 16

## CONCLUSION

The Indiana Department of Correction-(Department of Correction) in conjunction with its Parole Board have already conceded to the truth and Facts elicited in this Civil Rights Complaint. They were provided ample opportunity to refute the truth, evidence and Facts elicited throughout said Complaint and, or provide proper and warranted relief to the Plaintiff; Being that they possess the authority to do so; but refused to.

Dated: 10-18-23

Respectfully Submitted,

_[signature]_

Signature of Plaintiff
In Propia Persona

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays, that the Court GRANT the following along with any other relief just and proper:

A. Grant statutory, accumulative, irreparable injury damages for unlawful and unconstitutional deprivation of liberty without lawful and constitutional due process.

B. Grant relief, order directing the Respondents that further liability for parole be void and/or expunged... Or in the alternative credit each year that Plaintiff served in prison toward the ten (10) year requirement for parole term with direction to assign another parole agent to the Plaintiff;

C. Grant compensatory damages for loss of Plaintiff's wages and property resulting from his unsubstantiated and unconstitutional deprivation of liberty without equal protection of the laws under the 14th Amendment to the U.S. Const.

Dated:

Respectfully Submitted

_____
Signature of Plaintiff (Cont...)
In Propia Persona

Pg 13 of 16

(Cont...)

## VERIFICATION

I hereby verify as the captioned above and undersigned below under the penalties for perjury that the foregoing Civil Rights Complaint is/are true, correct and complete to the best of my knowledge, understanding and belief - So Help Me God Almighty.

Dated 10-18-23

Respectfully Submitted,

_____
Signature of Plaintiff
In Propia Persona

Pg 14 of 16

# VERIFICATION

I hereby verify as the captioned above and undersigned below under the penalties for perjury that the aforesaid Civil Rights Complaint is/are true, correct and complete to the best of my knowledge, understanding and belief - So Help Me God Almighty.

Dated: 

Respectfully Submitted,

_[signature]_

Signature of Plaintiff
In Propia Persona

# CERTIFICATE OF SERVICE

For the record-comes now the Plaintiff as captioned above and undersigned below assert and certify that the foregoing Civil Rights Complaint with attached Application To Proceed In Forma Pauperis is/are true, correct and complete to the best of my knowledge, understanding and belief for relief as PRAYED. This is to be served as one original and two copies upon the U.S. District Court

Pg. 15 of 16                                                                    (Cont...)

For the Southern District of Indiana - Indianapolis Division - at 46 E. Ohio St. - Indpls., IN. 46204... with one copy each consigned upon the Indiana Department of Corr. - (Christina Reagle) and the Office of Indiana Deputy Attorney General at: I.G.C.S. 5th floor - 302 W. Washington St. rm E-334 - Indpls., IN. 46204; all by U.S. mail : via : prison mailbox with First class postage being affixed this **26** day of **10** 2023

Respectfully Submitted,

_____
Signature of Plaintiff
In Propia Persona

STATE OF INDIANA )
COUNTY OF HENRY ) ss.

SUBSCRIBED AND SWORN TO before me a Notary Public this **26th** day of **October** — 2023.

Violet Corn                                   Violet Corn
Printed Name of Notary                Signature of Notary
                                                          Public

VIOLET CORN
Notary Public, State of Indiana
Henry County
Commission Number NP0747077
My Commission Expires
February 22, 2031

Pg 16 of 16