UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ARTURO STRICKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01954-JPH-CSW |
| | ) |
| INDIANA DEPT. OF CORR., et al., | ) |
| | ) |
| Defendants. | ) |

### FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed.

Date: 4/30/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk
BY: *Carina Weed*
Deputy Clerk, U.S. District Court

Distribution:

ARTURO STRICKLAND
167742
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362